# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS ROTROFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BEN MCLAIN, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:06-cv-01419-LJO DLB P<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN<br><br>(Doc. 1) |

　　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The court screened plaintiff's amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) and finds that it states cognizable claims for relief under section 1983 against defendants McClain, Robinson, Dieke, Rabaut, Rogers and Mendoza for violation of the Due Process Clause of the Fourteenth Amendment. Fed. R. Civ. P. 8(a); <u>Swierkiewicz v. Sorema N. A.</u>, 534 U.S. 506, 512-15 (2002); <u>Hydrick v. Hunter</u>, 466 F.3d 676, 697 (9th Cir. 2006). Accordingly, it is HEREBY ORDERED that:

　　　　1.　　Service is appropriate for the following defendants:

　　　　　　　　BEN McCLAIN

　　　　　　　　JIM ROBINSON

　　　　　　　　G. DIEKE

　　　　　　　　CHARLES RABAUT

　　　　　　　　SHARON ROGERS

　　　　　　　　SGT. MENDOZA

2. The Clerk of the Court shall send plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed July 30, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

  a. Completed summons;

  b. One completed USM-285 form for each defendant listed above; and

  c. Seven (7) copies of the endorsed amended complaint filed July 30, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

6. Plaintiff is advised that upon appearance, the Court will order defendants to respond to plaintiff's motion for preliminary injunction filed August 6, 2007.

IT IS SO ORDERED.

Dated:   **August 9, 2007**                        /s/ **Dennis L. Beck**
                                                              UNITED STATES MAGISTRATE JUDGE