UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENIS K. ROTROFF, | ) | 1:06-cv-01419 LJO DLB PC |
| | ) | |
| Plaintiff, | ) | ORDER DIRECTING SERVICE |
| | ) | BY THE UNITED STATES MARSHAL |
| v. | ) | WITHOUT PREPAYMENT OF COSTS |
| | ) | |
| JIM ROBINSON, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915.  The court previously ordered plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance.  Plaintiff has filed the required papers. Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (1)   One completed and issued summons for each defendant to be served;

    (2)   One completed USM-285 form for each defendant to be served;

    (3)   One copy of the amended complaint filed on July 30, 2007 for each defendant to be served, plus an extra copy for the Marshal;

    (4)   One copy of this order for each defendant to be served, plus an extra copy for the Marshal;

1            (5)     One copy of the court's consent form for each defendant to be served.

2  2.      Within ten days from the date of this order, the United States Marshal is directed to notify the

3          following defendants of the commencement of this action and to request a waiver of service in

4          accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566©:

5               BEN McCLAIN

6               JIM ROBINSON

7               G. DIEKE

8               CHARLES RABAUT

9               SHARON ROGERS

10              SGT. MENDOZA

11 3.      The U.S. Marshal is directed to retain the summons and a copy of the complaint in their file for

12         future use.

13 4.      The United States Marshal shall file returned waivers of service as well as any requests for

14         waivers of service that are returned as undelivered as soon as they are received.

15 5.      If a waiver of service is not returned by a defendant within sixty days of the date of mailing the

16         request for waiver, the United States Marshal shall:

17              a. Personally serve process and a copy of this order upon the defendant pursuant

18              to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.  § 566(c) and

19              shall command all necessary assistance from the California Department of

20              Corrections (CDC) to execute this order.  The United States Marshal shall

21              maintain the confidentiality of all information provided by the CDC pursuant to

22              this order.

23              b. Within ten days after personal service is effected, the United States Marshal

24              shall file the return of service for the defendant, along with evidence of any

25              attempts to secure a waiver of service of process and of the costs subsequently

26              incurred in effecting service on said defendant.  Said costs shall be enumerated

27              on the USM-285 form and shall include the costs incurred by the Marshal's office

28              for photocopying additional copies of the summons and complaint and for

1    preparing new USM-285 forms, if required.  Costs of service will be taxed

2    against the personally served defendant in accordance with the provisions of Fed.

3    R. Civ. P. 4(d)(2).

4        6.  In the event that defendants make an appearance in this action by filing an answer,

5    dispositive motion, or other pleading, the U.S. Marshals Service need not personally serve those

6    defendants.

7        7.  In the event that defendants either waive service or are personally served, defendants

8    are required to reply to the complaint.  42 U.S.C. §1997e(g)(2).

9        IT IS SO ORDERED.

10   **Dated:    September 11, 2007**                    **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28