# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. ROBINSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01419-LJO DLB PC<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION<br><br>(Doc. 8) |

　　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On July 20, 2007, plaintiff filed a first amended complaint.  On August 6, 2007, plaintiff filed a motion for preliminary injunction.  On September 4, 2007, plaintiff filed a supplement to his motion.

　　　　The Court ordered service of the amended complaint on September 12, 2007 and on January 29, 2008, defendants filed an answer.  Defendants did not file a response to plaintiff's motion for preliminary injunction.

　　　　Accordingly, defendants are ordered to file a response to plaintiff's motion for preliminary injunction within 30 days of this order.

　　　　IT IS SO ORDERED.

　　　　Dated: 　**March 11, 2008**　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1