UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF, | 1:06-cv-01419-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 23) |
| vs. | **ORDER DENYING MOTION FOR COURT ORDER** (Doc. 22) |
| J. ROBINSON, et al., | |
| Defendants. / | |

　　　Plaintiff, Denis K. Rotroff ("plaintiff"), a civil detainee proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On February 12, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

//

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 12, 2008, are ADOPTED IN FULL; and,

2. Plaintiff's motion for a court order regarding the photocopying and mail service at Coalinga State Prison, filed February 8, 2008, is DENIED.

IT IS SO ORDERED.

**Dated:   March 28, 2008**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE