IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF,  <br>         Plaintiff,  <br>     vs.  <br>JIM ROBINSON, et al,  <br>         Defendants.  <br>_____/ | 1:06-cv-01419-LJO-DLB (PC)  <br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE REPLY TO RESPONSE IN OPPOSITION TO MOTION  <br>(DOCUMENT #29)  <br>THIRTY DAY DEADLINE |

Plaintiff is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 28, 2008,  plaintiff filed a motion to extend time to file a reply to the response in opposition to motion.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a reply to response in opposition to motion.


IT IS SO ORDERED.

Dated:   **May 1, 2008**              /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE