# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF, | CASE NO. 1:06-cv-01419-LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| J. ROBINSON, et al., | (Doc. 35) |
| Defendants. | FIFTEEN (15) DAY DEADLINE |

    Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 15, 2008, Defendants filed a motion for summary judgment. (Docs. 35-38). Over four months have passed and Plaintiff has not filed a response to defendants' motion.

    Accordingly, Plaintiff is HEREBY ORDERED to file an opposition or statement of non-opposition to defendants' motion for summary judgment within fifteen (15) days of service of this order.

    Failure to comply with this order will result in a recommendation that this action be dismissed for failure to obey a court order.

    IT IS SO ORDERED.

Dated:    February 19, 2009          /s/ Dennis L. Beck
                                                 UNITED STATES MAGISTRATE JUDGE