# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF, | Case No. 1:06-cv-01419-LJO DLB PC |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S UNSIGNED MOTIONS |
| vs. | (Docs. 8, 13) |
| JIM ROBINSON, et al., | |
| Defendants. | |

Plaintiff Denis K. Rotroff ("Plaintiff") is a civil detainee housed at Coalinga State Hospital, and is proceeding pro se and in forma pauperis. Plaintiff is proceeding on his First Amended Complaint filed July 30, 2007 against defendants Ben McClain, Jim Robinson, G. Dieke, Charles Rabaut, Sharon Rogers, and Sgt. Mendoza ("Defendants") for violation of the Due Process Clause of the Fourteenth Amendment. On August 6, 2007, Plaintiff filed an unsigned motion seeking preliminary injunctive relief as well as an unsigned motion requesting leave to appear telephonically at the motion hearing. (Doc. 8.) Plaintiff also filed an unsigned supplement to his motion on September 4, 2007. (Doc. 13.)

The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). Plaintiff's motions filed August 6, 2007, as well as his supplement, are all unsigned. Accordingly, the motions and supplement are HEREBY ORDERED STRICKEN.[1]

IT IS SO ORDERED.

Dated: **May 20, 2009**  /s/ Dennis L. Beck
UNITED STATES MAGISTRATE JUDGE

---

[1] In any event, it appears that Plaintiff's request for injunctive relief has been addressed by the Court's Findings and Recommendations issued separately.

1