# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF, | CASE NO. 1:06-cv-01419-LJO DLB PC |
| Plaintiff, | ORDER REQUIRING PARTIES TO NOTIFY COURT WHETHER A SETTLEMENT CONFERENCE WOULD BE BENEFICIAL |
| v. | |
| JIM ROBINSON, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |
| _____ / | |

Plaintiff Denis K. Rotroff ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants McClain, Robinson, Dieke, Rabout, Roger and Mendoza ("Defendants") and is scheduled for trial commencing December 7, 2009.

Within thirty days from the date of service of this order, Plaintiff and Defendants are each to file a written response indicating whether a court settlement conference would be beneficial in resolving this action. If both parties agree, the Court will issue a further scheduling order setting this matter for settlement conference before a Magistrate Judge or District Judge from the United States District Court, Eastern District of California, Fresno Division.

IT IS SO ORDERED.

Dated:   **August 2, 2009**                    **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

1