# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF, | CASE NO. 1:06-CV-01419-LJO DLB PC |
| Plaintiff, | ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT (DOC. 66) |
| v. | ORDER REQUIRING PARTIES TO FILE APPROPRIATE PAPERS TO DISMISS ACTION BY **MARCH 18, 2011** |
| JIM ROBINSON, et al., | |
| Defendants. | |
| _____ / | |

On February 25, 2011 the parties  filed a notice of settlement in this action.  Doc. 66.  Based on the foregoing, it is HEREBY ORDERED that pursuant to Local Rule 160, the parties shall file appropriate papers to dismiss the action by **March 18, 2011**.  Failure to comply with this order without good cause  may result in sanction.

IT IS SO ORDERED.

Dated:   **March 5, 2011**                            **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE

1