# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENIS K. ROTROFF, | CASE NO. 1:06-CV-01419-LJO-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 67) |
| JIM ROBINSON, et al., | RESPONSE DUE WITHIN 30 DAYS |
| Defendants. | |

On February 25, 2011 the parties filed a notice of settlement in this action. Doc. 66. The parties were ordered to file appropriate papers with this Court to dismiss this action pursuant to Local Rule 160. Doc. 67. The parties were ordered to comply by March 18, 2011. As of the date of this order, the parties have not complied or otherwise responded.

Pursuant to Local Rule 160(b),

> Upon such notification of disposition or resolution of an action or motion, the Court shall fix a date upon which the documents disposing of the action or motion must be filed, which date shall not be more than twenty-one (21) days from the date of said notification, absent good cause. The Court may, on good cause shown, extend the time for filing the dispositional papers. A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.

The parties' notice of settlement agreement constitutes notification of the resolution of this action. It is not a dispositional paper. *See* Fed. R. Civ. P. 41. The parties are required to submit appropriate papers to dismiss this action. Accordingly, it is HEREBY ORDERED that the parties are to show cause why sanctions should not be imposed for failure to comply or otherwise respond to the Court's March 7, 2011 Order. The parties are to respond within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:   **March 31, 2011**         **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

1